UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN CLEVELAND GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. G. CHURCH, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-1931 WBS KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

Dated: October 19, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gree1931.36