UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. CHURCH, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1931 WBS KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 18, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. On April 26, 2019, plaintiff filed objections to the findings and recommendations. However, plaintiff did not sign the objections.

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider petitioner's objections unless he signs them and re-files them.

Plaintiff is granted an opportunity to re-file his objections to the findings and recommendations, including a signature page bearing his signature. Failure to submit signed

1

objections will result in the routing of the findings and recommendations to the district court for review without consideration of plaintiff's objections.

    Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days in which to re-file objections bearing his signature.

Dated: May 2, 2019

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gree1931.r11