UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WARREN CLEVELAND GREEN, | No. 2:18-cv-1931 WBS KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DR. G. CHURCH, et al., | |
| Defendants. | |

On May 16, 2019, plaintiff filed a document styled, "Re: A Motion Opposing Summary Judgment, by Defendants" in which plaintiff claims to respond to the court's order on the requirements to be followed (ECF No. 23). On May 3, 2019, the undersigned ordered service of process on defendant Agarwal and provided pertinent information as to how this case will proceed. (ECF No. 23.) Plaintiff was not required to respond to such order, and his attempt to submit evidence at this stage of the litigation is premature. Plaintiff is advised that he is not required to oppose a motion until defendant appears and files a motion. Plaintiff's filing will be retained in the court record but disregarded.

Plaintiff also complains that he does not know what "E.D." means. The court's reference to "E.D." stands for Eastern District, and in the context of the order, the Local Rules of the Eastern District. Because the local rules are quite lengthy, only pertinent local rules are routinely provided to pro se litigants. However, because plaintiff claims he was not provided a copy of

Local Rule 230(l), the Clerk of the Court is instructed to send plaintiff a copy of that rule.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 16, 2019 filing (ECF No. 27) is retained in the court file but disregarded; and

2. The Clerk of the Court shall send plaintiff a copy of Local Rule 230(l).

Dated: June 5, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gree1931.opp