UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN CLEVELAND GREEN,<br><br>Plaintiff,<br><br>v.<br><br>DR. G. CHURCH, et al.,<br><br>Defendants. | No. 2:18-cv-1931 WBS KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel and in forma pauperis. This action proceeds on his second amended civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that from 2016 through 2019, he has been allowed to suffer with a bacteria/host/parasite in the skin on his face and scalp, which can be seen when shaven off, and that Dr. Agarwal refused to send plaintiff to an outside hospital to solve this serious medical need when prescribed treatments failed. Plaintiff states that the parasite grows every day, and it burns and itches. Liberally construed, plaintiff argues that Dr. Agarwal's delay in care has subjected plaintiff to additional pain and suffering, as well as further potential harm due to his paralysis (ECF No. 19 at 8).

On August 13, 2019, defendant filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 33) is granted and the stay of this action is lifted; and

2. Within fourteen days from the date of this order, defendants shall file a responsive pleading.

Dated: August 19, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gree1931.optout