UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WARREN CLEVELAND GREEN, | No. 2:18-cv-1931 WBS KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DR. G. CHURCH, et al., | |
| Defendants. | |

On March 27, 2020, defendant Dr. Agarwal filed a motion for summary judgment, which included the information needed to oppose the motion as required under Rand v. Rowland, 154 F.3d 952, 962-63 (9th Cir. 1998) (en banc). (ECF No. 44.) On April 6, 2020, plaintiff filed a document styled, "Re: Opposing Summary Judgment by Defendants;" plaintiff claims he is submitting an evidentiary document, but also claims the document demonstrates Dr. Agarwal made a mistake and misdiagnosed plaintiff's skin disease. (ECF No. 45 at 2.) Plaintiff also notes that due to the coronavirus, he is unable to leave the building, and prison programs are shutdown. (ECF No. 45 at 4.) It is unclear whether plaintiff intended this document to serve as his opposition to the pending motion for summary judgment.

However, on April 7, 2020, plaintiff filed a document seeking to "postpone proceedings" inasmuch as plaintiff was taken to the hospital on April 1, 2020, due to intermittent fevers, and is now quarantined in his cell for fourteen days. (ECF No. 46.) Thus, it appears plaintiff only

intended to file an exhibit in support of his opposition, and now seeks additional time in which to file an opposition to the pending motion. Good cause appearing, plaintiff is granted a sixty-day extension of time in which to file an opposition to the motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall edit the docket entry for plaintiff's April 6, 2020 filing (ECF No. 45) to read, "Exhibit in Support of Opposition to 44 Motion for Summary Judgment;"

2. Plaintiff's motion for postponement (ECF No. 46) is partially granted; and

3. Plaintiff is granted sixty days from the date of this order in which to file an opposition to defendant's motion for summary judgment. Defendant shall file a reply within fourteen days thereafter.

Dated: April 14, 2020

/gree1931.ext

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE